Roy B. Thompson, OSB 82501
**THOMPSON ✦ BOGRÁN, P.C.**
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399
e-mail:      ThompsonBogran@comcast.net
     Of Attorneys for Plaintiff

Randolf C. Foster, OSB 78434
rcfoster@stoel.com
**STOEL RIVES, LLP**
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone:   503-224-3380
Facsimile:   503-220-2480

Marshall G. MacFarlane, MI Bar No. P27296 (*pro hac vice*)
mgm@airstuff.com
**YOUNG & BASILE, P.C.**
2001 Commonwealth Blvd., Suite 301
Ann Arbor, MI 48105-1562
Telephone:   734-662-0270
Facsimile:   734-662-1014
     Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PBQ DESIGNS, INC.**, an Oregon corporation, | Case No. 03-762-AS |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| **KING PAR, INC.**, a Michigan corporation, | |
| Defendant. | |

### STIPULATION

The parties to this matter having settled their dispute, it is hereby Stipulated that the matter

**Page 1 - STIPULATION AND ORDER OF DISMISSAL**

should be dismissed with prejudice and without costs or attorney's fees to either party.

_____
Roy B. Thompson
Of Attorneys for Plaintiff
Dated: January 11, 2007

_____
Randolf C. Foster
Marshall G. MacFarlane
Of Attorneys for Defendant
Dated: January 22, 2007

## ORDER

Based upon the Stipulation of the parties hereto, this matter is Ordered Dismissed with prejudice. No costs or attorney's fees are awarded to either party.

_____
The Honorable Donald C. Ashmanskas
United States Magistrate Judge
(Trial Judge)

Dated: January 25, 2007

**Page 2 - STIPULATION AND ORDER OF DISMISSAL**